UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-20-T-17TBM

CHRISTOPHER J. BERMANN

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853(n)(7) and 18 U.S.C. § 2253(a), for the following computer equipment:

a. One Sony Laptop computer, Model PCG-7M1L, serial number C3LMJUG4;

b. One 100 gb Hitachi hard drive, serial number XOH231UR;

c. One Apple iMac 20" CPU, serial number W86160MUVGM;

d. One Maxtor 250 gb hard drive; and

e. One CD-R labeled "Back Up Drive."

The Court, being fully advised in the premises, hereby finds as follows:

1. On April 21, 2009, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Christopher J. Bermann's interest in the computer equipment listed above, pursuant to the terms of his plea agreement and 18 U.S.C. § 2253(a). (Doc. 18).

2. On October 30, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 40), forfeiting to the United States of America all right, title, and interest of defendant Christopher J. Bermann in the computer equipment listed above. On that same date, the defendant was sentenced, and the computer equipment was found subject to forfeiture and included in the Judgment. (Docs. 39 and 43).

3. The only person or entity known to have any potential interest in the computer equipment is Susan Bermann, the defendant's wife. On November 4, 2009, the United States sent two (2), via certified U.S. mail and regular mail, Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and a copy of the Preliminary Order of Forfeiture to Susan Bermann at 6220 Murdock Avenue, Sarasota, Florida and 242 Heritage Isles Way, Bradenton, Florida, regarding the government's intent to seek forfeiture of the computer equipment.

4. On November 5, 2009 and November 7, 2009, Susan Bermann received and signed the return receipt for both Notices of Forfeiture. On December 4, 2009, Susan Bermann filed a Claim for the Sony Laptop computer. (Doc. 46).

5. On January 11, 2010, Susan Bermann withdrew her Claim to the Sony Laptop computer. (Doc. 47).

6. In accordance with the provisions of 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States

2

published notice of the forfeiture, and of its intent to dispose of the computer equipment, on the official government website, www.forfeiture.gov, from November 3, 2009 through December 2, 2009. (Doc. 45). The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

7. No persons or entities, other than the defendant, Christopher J. Bermann, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Susan Bermann, who withdrew her claim (Doc. 47), are known to have an interest in the computer equipment. No other third party has filed a Petition or claimed an interest in the computer equipment, and the time for filing such Petition has expired.

8. The Court finds that the computer equipment is the property of defendant Christopher J. Bermann.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER **ORDERED** that all right, title and interest in the following computer equipment is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21

U.S.C. § 853(n)(7) and 18 U.S.C. § 2253(a), for disposition according to law:

    a.    One Sony Laptop computer, Model PCG-7M1L, serial number C3LMJUG4;

    b.    One 100 gb Hitachi hard drive, serial number XOH231UR;

    c.    One Apple iMac 20" CPU, serial number W86160MUVGM;

    d.    One Maxtor 250 gb hard drive; and

    e.    One CD-R labeled "Back Up Drive."

Clear title to the computer equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of January, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE